## G & G FIRE SPRINKLERS, INC., Plaintiff–Appellee,

v.

Arthur S. LUJAN,* an individual in his official capacity as Labor Commissioner of the State of California, et al., Defendants–Appellants.

Nos. 95–56639, 96–55194.

United States Court of Appeals, Ninth Circuit.

Filed July 2, 2001

Before: REINHARDT, KOZINSKI, and HAWKINS, Circuit Judges.

### ORDER

The judgment of this court, 136 F.3d 587, is reversed and the case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *Lujan, Labor Commissioner of California, et al. v. G & G Fire Sprinklers, Inc.,* 532 U.S. 189, 121 S.Ct. 1446, 149 L.Ed.2d 391 (2001).